**United States District Court**
**Central District of California**

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**   8:22-cr-00056-DOC-2 |
| **Defendant**   ANTONIO DUARTE | **Social Security No.**  1  8  9  5 |
| akas:  N/A | (Last 4 digits) |

<div style="background:black; color:white; text-align:center;">**JUDGMENT AND PROBATION/COMMITMENT ORDER**</div>

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 05 | 23 | 2024 |

**COUNSEL**  Karren Kenney, CJA
(Name of Counsel)

**PLEA**  [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.  [ ] **NOLO CONTENDERE**  [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: *Wire Fraud, Telemarketing Fraud Against the Elderly, Aiding and Abetting, 18 U.S.C. § 1343, 18 U.S.C. § 2362(2), 18 U.S.C. § 2(a), as charged in Count 6 of the Indictment.*

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **108 MONTHS.**

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

It is ordered that the defendant shall pay restitution in the total amount of $5,448,811.23 pursuant to 18 U.S.C. § 3663A.

The Government is ordered to provide an updated Victim's List to the Probation Department and the Clerk's Office pursuant to the findings of this court, which includes the the deduction of the seven (7) checks.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $200, whichever is greater, shall be made during the period of supervised release and shall begin 90 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

The amount of restitution ordered shall be paid as set forth on the list attached to this judgment. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage is specified in this judgment.

The defendant shall be held jointly and severally liable with convicted co-defendants Michael McDonagh, Frank Anthony Molina, Christopher James Vannoy, and Ruben Ortiz, and convicted co-participant, Darrick Robert Morrell (Docket No.

USA vs.   ANTOINE DUARTE                              Docket No.:   8:22-cr-00056-DOC-2

8:20CR00173-DOC-1), for the amount of restitution ordered in this judgment. The victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victims receive full restitution.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

The Court has entered a money judgment of forfeiture against the defendant, which is hereby incorporated by reference into this judgment and is final.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Antonio Duarte, is hereby committed on Count 6 of the Indictment to the custody of the Bureau of Prisons for a term of 108 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

3. During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

4. The defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving loan programs, telemarketing activities, investment programs or any other business involving the solicitation of funds or cold-calls to customers without the express approval of the Probation Officer prior to engaging in such employment. Further, the defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

5. The defendant shall cooperate in the collection of a DNA sample from the defendant.

6. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any other financial gains to the Court-ordered financial obligation.

7. The defendant shall submit his person and property – including any residence, premises, vehicle, container, papers, effects, and computers, cellular telephones, and other electronic communication or digital storage devices or media under his control --- to search and seizure at any time of the day or night by any law enforcement officer or Probation Officer, with or without a warrant, probable cause, or reasonable suspicion.

8. The defendant shall report to the United States Probation & Pretrial Services Office within 72 hours of his release from custody.

USA vs.   ANTOINE DUARTE                                    Docket No.:   8:22-cr-00056-DOC-2

9.  The defendant shall report in person directly to the Court within 21 days of his release from custody, at a date and time to be set by the United States Probation Office, and thereafter report in person to the Court as directed during his first year of supervised release.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons at or before 12 noon, on July 26, 2024.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the United States Court House, 411 West Fourth Street, Santa Ana, CA 92701-4597.

Defendant advised of his right to appeal

The Government's motion to dismiss remaining counts is GRANTED.

Defendant's bond is exonerated upon his surrender.

The Court recommends a facility in Southern California due to close family ties.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| May 23, 2024 | *David O. Carter* |
| --- | --- |
| Date | DAVID O. CARTER, U. S. District Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

| May 24, 2024 | By | /s/ Deborah Lewman |
| --- | --- | --- |
| Filed Date | | DEBORAH LEWMAN, Deputy Clerk |

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

**STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE**

While the defendant is on probation or supervised release pursuant to this judgment:

USA vs.   ANTOINE DUARTE                                    Docket No.:    8:22-cr-00056-DOC-2

1.  The defendant must not commit another federal, state, or local crime;
2.  The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3.  The defendant must report to the probation office as instructed by the court or probation officer;
4.  The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5.  The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6.  The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7.  The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the court or probation officer;
8.  The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;

9.  The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

USA vs.   ANTOINE DUARTE                                              Docket No.:     8:22-cr-00056-DOC-2

☐  The defendant must also comply with the following special conditions (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996. Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number. Payments must be delivered to:

United States District Court, Central District of California
Attn: Fiscal Department
255 East Temple Street, Room 1178
Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

Payments will be applied in the following order:

1. Special assessments under 18 U.S.C. § 3013;
2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, under 18 U.S.C. § 3663(c); and
5. Other penalties and costs.

### CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS

As directed by the Probation Officer, the defendant must provide to theProbation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts. Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant's behalf.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs.   ANTOINE DUARTE                                     Docket No.:     8:22-cr-00056-DOC-2

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____
Date                                              Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____
Filed Date                                        Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____                    _____
              Defendant                                                          Date

_____                                  _____
U. S. Probation Officer/Designated Witness                         Date

| | Victim Name | Amount |
|---|---|---|
| 1. | Eliza Broach, Walter Broach | $31,530.00 |
| 2. | John T. Laney | $26,622.95 |
| 3. | Abigail L. Tonry | $1,500.00 |
| 4. | Abraham D. Lavender | $1,500.00 |
| 5. | Adelina Joy Timbol | $4,137.00 |
| 6. | Adewunmi O. Jaiyeola | $1,000.00 |
| 7. | Alan Bracy, Kathleen Bracy | $23,101.00 |
| 8. | Alan Tyson | $4,250.00 |
| 9. | Aleah B. Smith | $500.00 |
| 10. | Alexander Lobkov | $1,250.00 |
| 11. | Alexander S. Augustine | $1,950.00 |
| 12. | Alfredo Gonzales Jr. | $1,000.00 |
| 13. | Alice Chance | $1,775.00 |
| 14. | Alicia A.Duarte-Harden | $500.00 |
| 15. | Allen P. Elbaor | $3,768.00 |
| 16. | Alonzo Hazley Jr. | $1,500.00 |
| 17. | Andrea M. Barrett Belgrave | $2,475.00 |
| 18. | Angela D. Roland | $3,559.00 |
| 19. | Anita Clark, Tommy Clark | $5,575.00 |
| 20. | Anita E. Hakala | $14,550.00 |
| 21. | Anita L. Francis | $34,527.85 |
| 22. | Anita M. Nelson | $2,200.00 |

| 23. | Anne Mardis McGregor, Malcolm House McGregor | $1,500.00 |
|---|---|---|
| 24. | Anthony C. Bridgeforth | $2,250.00 |
| 25. | Anthony G. Kirby | $1,539.00 |
| 26. | Anthony W. Woodal, Thelma S. Woodal | $7,605.00 |
| 27. | Ardeth J. Thomas | $5,500.00 |
| 28. | Arkveria Davis | $750.00 |
| 29. | Arno Weiss, Jr. | $10,290.02 |
| 30. | Arthur F. Vine | $2,925.00 |
| 31. | Arthur K. Nestle, Nancy J. Nestle | $9,303.57 |
| 32. | Arvind Patel | $1,200.00 |
| 33. | Bam Master Plumbing Inc. | $8,500.00 |
| 34. | Barbara A. Ries | $26,638.10 |
| 35. | Barbara J. Kvam | $8,850.00 |
| 36. | Barbra J. Matthews | $9,100.00 |
| 37. | Barry Justice | $5,745.00 |
| 38. | Barry Oakes | $21,903.00 |
| 39. | Beghtol Family Living Trust | $5,195.00 |
| 40. | Berle K. Hufford Jr., Anne Keller Hufford | $3,500.00 |
| 41. | Bernice P Daughtery Leonard W. Daugherty | $3,975.00 |
| 42. | Beth Wildermann | $87,335.00 |
| 43. | Betty J. Capps-Johnson | $34,960.00 |
| 44. | Bill German, Lorraine German | $3,500.00 |

| 45. | Bobby E. Knowles | $1,500.00 |
| 46. | Bobby Thompson | $3,834.00 |
| 47. | Bonnie Fossum | $2,650.00 |
| 48. | Bonnie P. Cashell | $1,500.00 |
| 49. | Bounlovag Laaw | $1,500.00 |
| 50. | Boyce Dullan, M.D., Monica Dullan | $1,100.00 |
| 51. | Brenda Pastor, Gary Pastor | $3,500.00 |
| 52. | Brian D. Gibney, Daphne J. Gibney | $1,500.00 |
| 53. | Bruce S. Tucker | $1,500.00 |
| 54. | Bryan A. Hupp | $2,000.00 |
| 55. | Bunya Pock Sophia Samphy Sak | $25,986.60 |
| 56. | C M Sgt Moses David  Sr. | $16,137.00 |
| 57. | Callaway, Carol B., Bobby A. Callaway | $25,250.00 |
| 58. | Calvin C. Wardrick, Gwendolyn J. Wardrick | $18,228.00 |
| 59. | Candace Buist & R. Scott Buist | $1,375.00 |
| 60. | Candie L. Robertson, Anthony J. Moley | $147,734.71 |
| 61. | Carlos L. Rodriguez | $1,650.00 |
| 62. | Carol Ann Mastro | $4,225.00 |
| 63. | Carol Mastro | $7,624.00 |
| 64. | Carole Sperin McCauley | $18,420.00 |
| 65. | Carolyn G. Joe | $3,250.00 |
| 66. | Catherine Wollitz | $51,655.70 |
| 67. | CE Griffith JR | $1,850.00 |

| | | |
|---|---|---|
| 68. | Cecil D. Brown, Lana Gibson | $1,050.00 |
| 69. | Cecilla Troll | $7,196.00 |
| 70. | Celina G. Duncan | $9,090.00 |
| 71. | CENCO  LLC | $5,526.00 |
| 72. | Chad Evenson (List states Chad Everson) | $750.00 |
| 73. | Charles A. Tyson | $23,375.00 |
| 74. | Charles B. Wohlford | $2,295.00 |
| 75. | Charles E. Bible | $600.00 |
| 76. | Charles E. McGee | $6,000.00 |
| 77. | Charles H. Pace | $32,870.00 |
| 78. | Charles Leonard | $1,000.00 |
| 79. | Charles R. Davis | $29,860.00 |
| 80. | Charles R. Holman, Joyce L. Holman | $1,450.00 |
| 81. | Charlotte C. Goodman | $6,500.00 |
| 82. | Cherry A. Clapp | $8,185.00 |
| 83. | Cheryl A. Clare, Tom Clare | $5,981.15 |
| 84. | Cheryl R. Morgan | $5,500.00 |
| 85. | Christie Stites, Norma Jean Stites | $3,300.00 |
| 86. | Christopher B. Whitehill | $1,500.00 |
| 87. | Christopher Lee Vaughn | $1,000.00 |
| 88. | Christopher Wierman, Joseth Wierman | $6,910.00 |
| 89. | Cindy Lou Roberts | $1,500.00 |
| 90. | Cindy Newbury | $6,642.00 |

| 91. | Claudette Galamis | $4,950.00 |
|---|---|---|
| 92. | Claudio Gonzales | $1,445.00 |
| 93. | Clayton Miller | $14,442.76 |
| 94. | Clayton Miller | $3,865.00 |
| 95. | Clover L. Thomas | $1,500.00 |
| 96. | Clyde G. Inks | $112,966.00 |
| 97. | Clydeanna Rapp | $4,700.00 |
| 98. | Connie George | $5,867.00 |
| 99. | Constance Cordill | $29,220.00 |
| 100. | Consultant MVN-2000 Inc. | $950.00 |
| 101. | Cornell Scott III | $1,000.00 |
| 102. | Cory L. Howard, Angela B. Howard | $6,973.00 |
| 103. | CR Stevens | $3,365.00 |
| 104. | Craig Cunningham | $9,369.00 |
| 105. | Crisis Consultants International | $3,125.00 |
| 106. | CT & Associates | $1,700.00 |
| 107. | Dan Deckert | $1,500.00 |
| 108. | Daniel Bynre, Theresa Bynre | $1,375.00 |
| 109. | Daniel Castro Harlingen Physical Therapy | $1,500.00 |
| 110. | Daniel Cronin | $12,945.00 |
| 111. | Daniel J. Commisso | $7,205.00 |
| 112. | Daniel J. May | $6,600.00 |
| 113. | Daniel J. Preske, Karleen W. Preske | $2,485.00 |

| 114. | Daniel W. Cox | $2,600.00 |
| 115. | Danny R Bridges, Nacy S. Bridges | $650.00 |
| 116. | Darlene F. Tayler | $3,800.00 |
| 117. | Dave Early Kizer | $3,534.00 |
| 118. | David A Michael and Miho K. Michael | $5,787.00 |
| 119. | David A. Gibbs | $1,795.00 |
| 120. | David C.  Hagen | $27,540.00 |
| 121. | David C. Hagen | $6,000.00 |
| 122. | David Davis | $9,195.00 |
| 123. | David Gauntt | $8,973.00 |
| 124. | David Green | $2,812.00 |
| 125. | David J. Kazimer | $7,750.00 |
| 126. | David J. Nowicki | $5,268.00 |
| 127. | David Moses, Jr. | $3,825.00 |
| 128. | David P. Farmer, Sr. | $13,500.00 |
| 129. | David R. Eddy | $9,000.00 |
| 130. | David R. Weier, Diane Y. Weir | $6,900.00 |
| 131. | Dawn McCarter | $2,100.00 |
| 132. | Deborah Friar | $1,300.00 |
| 133. | Deborah L. Cherry | $1,500.00 |
| 134. | Deborah R. Hicks | $1,500.00 |
| 135. | Debra N. Hofreiter,  Eric R. Hofreiter | $14,415.00 |
| 136. | Debra Wrentz-Hudson Alfredo Hudson | $1,500.00 |

| | | |
|---|---|---|
| 137. | Delbert E Jenkings, Katrina A. Jenkins | $1,500.00 |
| 138. | Delmar Family Dental Center | $5,741.00 |
| 139. | Dennis D. Dawdy | $5,895.00 |
| 140. | Dennis Dawdy | $9,200.00 |
| 141. | Dennis Johnson | $800.00 |
| 142. | Dennis L. Fife | $5,445.00 |
| 143. | Dennis Morway | $1,500.00 |
| 144. | Denver Wallace | $3,700.00 |
| 145. | Derrel A. Parker | $1,500.00 |
| 146. | Diane Culli | $2,000.00 |
| 147. | Diane E. Rieck | $10,200.00 |
| 148. | Diane M. Gayman | $8,125.00 |
| 149. | Diane M. Mayer | $5,333.00 |
| 150. | Dianne Lee Sepielli | $1,500.00 |
| 151. | Dogwood Dreamworks, LLC, Bradley V.Thorpe | $8,143.20 |
| 152. | Don G. Gano | $6,745.00 |
| 153. | Donald D. Hellert, Jo Ann Hellert | $1,485.00 |
| 154. | Donald E. Davis | $5,985.00 |
| 155. | Donald E. Geschwill | $1,500.00 |
| 156. | Donald McPherson | $8,000.00 |
| 157. | Donald Murphy | $9,925.00 |
| 158. | Donald R. Schaub | $1,000.00 |
| 159. | Donna  L. Kohut | $72,889.00 |

| 160. | Donna Hall Mitchell | $2,200.00 |
| 161. | Donna J. Burns | $31,130.00 |
| 162. | Donna K. Sobasky | $7,652.00 |
| 163. | Donna L. Decicco | $2,000.00 |
| 164. | Donna L. Kohut | $7,527.00 |
| 165. | Donna M. Parrish | $42,390.00 |
| 166. | Donna S. Wieler | $1,350.00 |
| 167. | Dorothy Aschenbrenner | $18,075.00 |
| 168. | Dorothy E. Gaudette | $6,600.00 |
| 169. | Douglas E. Obey | $1,500.00 |
| 170. | Dr. Ajaib Singh | $1,500.00 |
| 171. | Dragana Doran | $7,325.00 |
| 172. | Duane J. Preske, Karleen W. Preske | $40,728.45 |
| 173. | Dwight Bearden | $7,925.00 |
| 174. | E J Meininger | $16,121.67 |
| 175. | E. L. Roegiers, L. J. Roegiers | $9,588.00 |
| 176. | Ed Bayer | $13,196.00 |
| 177. | Edith Hegedus | $6,862.00 |
| 178. | Edith Powell | $9,037.00 |
| 179. | Eduardo G. Respeto | $1,500.00 |
| 180. | Edward G. Main | $2,268.50 |
| 181. | Edward H. Jones, Jr. Elizabeth W Jones | $12,950.00 |
| 182. | Edward L. Walters, Sandra Walters, Hidden Acres Farm | $2,175.00 |

| | | |
|---|---|---|
| 183. | Edwin Peter Birch, Pearl Birch | $3,362.00 |
| 184. | Eileen J. Velen | $500.00 |
| 185. | Eileen Kramer | $13,050.85 |
| 186. | Eileen N. Velen | $500.00 |
| 187. | Elaine Bryant | $17,172.00 |
| 188. | Elida Elena Vivot | $6,750.00 |
| 189. | Elise E. Culbertson | $1,000.00 |
| 190. | Elise Rivers-Majavo | $3,000.00 |
| 191. | Elizabeth A. and Myron Nurmikko | $10,130.48 |
| 192. | Elizabeth Broach, Walter Broach | $800.00 |
| 193. | Elizabeth J. Hutchinson | $1,500.00 |
| 194. | Elizabeth Joy Meininger | $12,465.80 |
| 195. | Elmarie A. Meyer | $4,125.00 |
| 196. | Elsie E. Culbertson | $5,625.00 |
| 197. | Elwood B. Wiley | $16,212.00 |
| 198. | Eric Lein | $5,985.00 |
| 199. | Erik A. Schropp | $10,575.00 |
| 200. | Ernest L. McNeil or Frances B. McNeil | $21,600.00 |
| 201. | Esperanza D. Galvez | $1,800.00 |
| 202. | Eugen Will | $1,500.00 |
| 203. | Eugene B. Kreitz, Wendy B.Kreitz | $8,895.00 |
| 204. | Evan Privett | $4,181.00 |
| 205. | Evie Merrin | $19,050.00 |

| | | |
|---|---|---|
| 206. | Executive Flooring Contractor | $1,000.00 |
| 207. | Felicia R. Robinson | $2,000.00 |
| 208. | Felicia R. Taylor | $1,575.00 |
| 209. | Felix Navarrette | $300.00 |
| 210. | Fergus M. Bourke, Alice Bourke | $1,000.00 |
| 211. | Frances S. Lee | $14,482.81 |
| 212. | Francisco Llovet Fazquez | $1,800.00 |
| 213. | Frank D. Ramirez, Jr. | $10,825.00 |
| 214. | Frank L. Crowder | $1,187.00 |
| 215. | Frank L. Schlesigner | $1,500.00 |
| 216. | Frank N. Gonzales | $750.00 |
| 217. | Frank Trent, Donna A. Trent | $7,790.00 |
| 218. | Frank Unger, Catherine Unger | $7,607.00 |
| 219. | G. Celina Duncan | $475.00 |
| 220. | G. L. or Loretta Bourne | $22,275.00 |
| 221. | G.E. Bloomer, Kathy Jo Bloomer | $1,200.00 |
| 222. | Gail L. Shinberg | $20,415.30 |
| 223. | Gary Gallet | $600.00 |
| 224. | Gary L. Dudlets | $4,500.00 |
| 225. | Gary L. Haver and Sharon Haver | $1,500.00 |
| 226. | Gary T. Dixon, Inez L. Dixon | $750.00 |
| 227. | Gary W. Dean | $2,250.00 |
| 228. | Gary Welch Construction and Roofing | $17,390.00 |

| | | |
|---|---|---|
| 229. | Gene A. Thurston | $16,958.00 |
| 230. | Gene R. Anderson | $2,000.00 |
| 231. | Gene S. Dineen | $8,525.00 |
| 232. | Gennadiy Norkin | $1,500.00 |
| 233. | George  A. Bernert | $12,467.00 |
| 234. | Gerald A. Christensen Leah M. Christensen | $760.00 |
| 235. | Gertrude E. Nowicki | $8,500.00 |
| 236. | Glenn W. Jackson | $5,195.00 |
| 237. | Gloria E. Dunston | $1,505.00 |
| 238. | Gloria Winston | $3,525.00 |
| 239. | Glynn or Edith Harmon | $17,672.50 |
| 240. | Godfey M. Callender | $1,000.00 |
| 241. | Grace Mizoguchi | $38,159.00 |
| 242. | Gregory A. Claude | $500.00 |
| 243. | Gregory Dumornay | $1,184.00 |
| 244. | H & H Properties | $23,376.00 |
| 245. | Hal H. Gerow, Cynthia Gerow | $800.00 |
| 246. | Hamlet Arias | $500.00 |
| 247. | Harold Jallo, Carol Jallo | $17,085.00 |
| 248. | Harold M. Weigand | $12,115.00 |
| 249. | Harold Morgan,Morgans Aircraft Repair | $27,081.00 |
| 250. | Harry T. Stanfield, Leslie M. Bingham | $8,475.00 |
| 251. | Harvey M. Reichman | $1,000.00 |

| 252. | Harvey W. Hawkes | $925.00 |
| 253. | Heather MacKeen | $3,100.00 |
| 254. | Hector Barraza, Margarita Barraza | $1,300.00 |
| 255. | Henderson J. Poleon | $1,500.00 |
| 256. | Henry F. Valencia | $13,180.80 |
| 257. | Hernando Gonzalez | $1,000.00 |
| 258. | High Tech Associates | $2,100.00 |
| 259. | Hope R. Warren | $1,000.00 |
| 260. | Hortense Clyne | $6,500.00 |
| 261. | Howard D. Jr. Barbara Winsett | $7,250.00 |
| 262. | Hugh J. Wilkie | $11,645.00 |
| 263. | J. George Braun, M.D., Helen Salus, PHD | $3,647.00 |
| 264. | J. Quinn | $825.00 |
| 265. | J. Samuel Jones | $3,200.00 |
| 266. | Jacqueline J. Pelletier | $2,480.00 |
| 267. | Jame Pfleidner | $4,262.00 |
| 268. | James A. Pappas, Jr. | $750.00 |
| 269. | James B. Petrelli | $1,795.00 |
| 270. | James Bishop | $7,615.68 |
| 271. | James D. Laari | $3,795.00 |
| 272. | James D. Letcher | $14,410.00 |
| 273. | James F Dunn, Kathleen A Dunn | $750.00 |
| 274. | James H. Robinson, Patricia A. Robinson | $3,750.00 |

| 275. | James Hodur | $1,600.00 |
|------|-------------|-----------|
| 276. | James J. Hammond, Jackie K. Hammond | $6,792.00 |
| 277. | James Larch,Ramona Larch | $1,500.00 |
| 278. | James Pfleidner | $10,725.00 |
| 279. | James Regehr | $12,222.00 |
| 280. | James W. Bock, Patricia A. Bock | $7,600.00 |
| 281. | James W. Thompson, Elinor F. Thompson | $750.00 |
| 282. | Jamie L. Steen | $42,801.52 |
| 283. | Jan V. Osterby, Larry D. Osterby | $9,800.00 |
| 284. | Janice L. Bugee | $17,010.00 |
| 285. | Jay R. Turnage | $9,200.00 |
| 286. | Jean A. Lipford | $3,250.00 |
| 287. | Jeffory Gantt | $1,539.00 |
| 288. | Jeffrey & Cindy Gomez Parra | $2,125.00 |
| 289. | Jeffrey A. Parra | $1,500.00 |
| 290. | Jeffrey B. Parker | $6,985.00 |
| 291. | Jeffrey Sinclair | $3,985.00 |
| 292. | Jennett Ann Nien | $2,400.00 |
| 293. | Jennifer Daniel Gragg, Earl Gragg Renta | $1,500.00 |
| 294. | Jennifer R. Anderson, Mark J. Anderson | $5,442.00 |
| 295. | Jeremy M. Spinella | $5,168.00 |
| 296. | Jerome P. Winecke | $1,500.00 |
| 297. | Jerry Boardman | $8,175.00 |

| | | |
|---|---|---|
| 298. | Jerry Lankford, Wanda M. Lanford | $5,325.00 |
| 299. | Jesse Bobbit | $5,400.00 |
| 300. | Jesse L. Hudson | $1,350.00 |
| 301. | Jesse P. Payne | $22,295.00 |
| 302. | Jim Reichgelt, Evelyn Reichgelt | $1,000.00 |
| 303. | Jo K Bolton | $4,000.00 |
| 304. | Joan  Ruffner, Gerald M. Ruffner | $157,262.00 |
| 305. | Joan C. Lothrop | $27,510.00 |
| 306. | Joan E. Black | $8,875.00 |
| 307. | Joe Patterson | $19,016.00 |
| 308. | John A, Ebrey D.V.M. | $1,400.00 |
| 309. | John D. Siebert | $6,835.00 |
| 310. | John G. Burke, Jr., Catherine R. Burke | $7,500.00 |
| 311. | John G. Povlak, Patricia A. Povlak | $35,535.65 |
| 312. | John G. Proud | $1,500.00 |
| 313. | John J. Goggin (Marry H. Groggin) | $9,100.00 |
| 314. | John J. Heidbrink, Susan C. Heidbrink | $1,000.00 |
| 315. | John J. Schaeffer and Jeanette Schaeffer | $26,660.00 |
| 316. | John J. Thompson | $5,195.00 |
| 317. | John Otis | $4,500.00 |
| 318. | John P. McClurg | $82,201.00 |
| 319. | John R May, Lorri J. May | $6,375.50 |
| 320. | John R. Keller | $23,966.00 |

| | | |
|---|---|---|
| 321. | John S Kostin, Marilyn S Kostin | $8,985.00 |
| 322. | John T. Laney | $19,872.00 |
| 323. | John Van Greenly | $60,902.00 |
| 324. | Johney Wiliams, Tanya C. Williams | $9,700.00 |
| 325. | Jomo A Tibby | $6,735.00 |
| 326. | Jonathan Ruppel | $3,725.00 |
| 327. | Jose A. Dorta, Gloria F. Dorta | $3,700.00 |
| 328. | Jose L. Velasco | $5,687.00 |
| 329. | Joseph Anthony Lee, Cassandra L. Lee | $1,355.00 |
| 330. | Joseph D. Dinanno, Patricia A. Dinanno | $2,250.00 |
| 331. | Joseph D. Johnson | $750.00 |
| 332. | Joseph E Kling | $32,680.16 |
| 333. | Joseph E. Lucia | $600.00 |
| 334. | Joy M. Stynchula, Michael Stynchula Jr. | $49,678.00 |
| 335. | Judy Gaftman | $2,750.00 |
| 336. | Judy Roy | $24,205.00 |
| 337. | Julie Payton | $3,250.00 |
| 338. | JY Edgerton MBA | $450.00 |
| 339. | Karen A Manley, Roy Jacob Manley | $6,072.00 |
| 340. | Karen A. Lewis | $4,100.00 |
| 341. | Karl J. Dehn | $19,150.00 |
| 342. | Katherine M. Smith | $4,475.00 |
| 343. | Kathleen M . Nagy | $750.00 |

| | | |
|---|---|---|
| 344. | Kathryn Patterson Biedenbender | $3,725.00 |
| 345. | Kathy M. Devos, Vincent W.Devos, Jr. | $5,495.00 |
| 346. | Keith E. Marks | $11,200.00 |
| 347. | Kelly S. Tram | $4,547.00 |
| 348. | Kenneth D. Martin, Carol J. Martin | $4,000.00 |
| 349. | Kenneth Edenfield | $22,990.00 |
| 350. | Kenneth Edenfield | $2,250.00 |
| 351. | Kenneth Langellier | $5,475.00 |
| 352. | Kenneth Watkins | $27,735.00 |
| 353. | Kent A.Russell , Pamela P.  Russell | $3,225.00 |
| 354. | Kevin Endo | $1,045.00 |
| 355. | Khad___  Shaif Goode | $2,000.00 |
| 356. | Kim Penza | $3,000.00 |
| 357. | Kimberly K. Mattke | $1,850.00 |
| 358. | Kimberly M. Ballard | $13,087.00 |
| 359. | Lana Gibson | $800.00 |
| 360. | Laraine Caliri | $5,125.00 |
| 361. | Larry  R. Jensen, Kimberly J. Jensen | $2,845.00 |
| 362. | Larry D. Cain | $1,895.00 |
| 363. | Larry L. Bush | $10,714.00 |
| 364. | Larry R. Young, Rosalie K. Young | $10,370.00 |
| 365. | Laura K Heid | $650.00 |
| 366. | Laura Lashley | $11,689.00 |

| 367. | Laurence O Martin, Robin L. Martin | $6,192.00 |
| 368. | Law Offices of Russell and Russell | $1,600.00 |
| 369. | Lawrence A Wetterer, MaryLou C. Wetterer | $1,500.00 |
| 370. | Lawrence L. Morris, Ingrid E. Morris | $7,606.00 |
| 371. | Lee C. Blair | $1,500.00 |
| 372. | Leon E Adams | $1,450.00 |
| 373. | Leon Martin, Irene Martin | $14,700.15 |
| 374. | Lewis D. Clark, Kathryn J. Clark | $14,045.00 |
| 375. | Lillie D. Leonard | $34,212.00 |
| 376. | Lina P. Maio | $4,764.00 |
| 377. | Linda C. Urtuzvastegui, Frank U. Urtuzvastegui | $1,500.00 |
| 378. | Linda Jo Scott | $7,550.00 |
| 379. | Linda M. Kearney, Kenneth Kearney | $16,713.00 |
| 380. | Linda McGhee | $13,846.00 |
| 381. | Linda S. Johnson | $1,500.00 |
| 382. | Lisa Hayes | $1,395.00 |
| 383. | Lonna Anderson, Gene R. Anderson | $1,500.00 |
| 384. | Lynn L. Brock | $2,775.00 |
| 385. | M. Rudy Groomes | $750.00 |
| 386. | Maecm Service | $1,395.00 |
| 387. | Marc H. Weiss | $4,033.00 |
| 388. | Margaret May Markert-Powls | $8,700.00 |
| 389. | Margaret Pope, Fred Pope | $87,995.00 |

| 390. | Maria Carpy Velazquez | $1,500.00 |
| 391. | Marie Bobbit, Jesse Bobbit | $600.00 |
| 392. | Marie M. Goree | $500.00 |
| 393. | Marilyn L. Tennant | $17,475.00 |
| 394. | Marina Neystat, Mikail Neystat | $1,500.00 |
| 395. | Marjorie E. Murphy | $22,925.00 |
| 396. | Marjorie Price | $1,100.00 |
| 397. | Marlene M. Eastman, EA | $56,367.00 |
| 398. | Marrilynn Stuhr | $9,474.72 |
| 399. | Martha Botero | $4,350.00 |
| 400. | Mary Ann Schmidt | $500.00 |
| 401. | Mary H. Goggin | $9,324.00 |
| 402. | Mary J. Gordon | $1,750.00 |
| 403. | Mary K. Cornelison J. Doran Cornelison | $3,500.00 |
| 404. | Mary Lou Wetterer | $6,035.00 |
| 405. | Mary Lynne Matheson | $4,812.00 |
| 406. | Mary M. Alves | $22,673.00 |
| 407. | Maureen S. Mann | $5,225.00 |
| 408. | Melissa F. Parker | $11,260.00 |
| 409. | Melissa McKinney | $2,910.42 |
| 410. | Melvin R. Evitt | $750.00 |
| 411. | Melyssa D. Sakery, Matthew J. Sakery | $1,500.00 |
| 412. | Merill or Diana Rinner | $4,225.00 |

| | | |
|---|---|---|
| 413. | Michael and Laura K. Heid | $3,750.00 |
| 414. | Michael B. Driscoll | $1,500.00 |
| 415. | Michael D. Altier | $1,000.00 |
| 416. | Michael Hardy | $1,408.00 |
| 417. | Michael Lareau | $3,977.67 |
| 418. | Michael Lavalliere | $500.00 |
| 419. | Michael S. Wolf, Carol Lonsk Wolf | $1,500.00 |
| 420. | Michele Cruce | $13,610.60 |
| 421. | Michelle E. Anastasia | $20,500.00 |
| 422. | Mike Samano | $1,500.00 |
| 423. | Nancy Atherstone | $9,800.00 |
| 424. | Nancy Atherstone | $1,500.00 |
| 425. | Nancy Clark | $750.00 |
| 426. | Nancy E. Jennings | $11,225.00 |
| 427. | Nancy W Scroggs, John T Scroggs | $750.00 |
| 428. | Neal Lacoss, Winona P. Lacoss | $4,241.76 |
| 429. | Norma Jensen | $6,800.00 |
| 430. | Ollie P. Manago | $1,500.00 |
| 431. | Oral L. Callender | $1,000.00 |
| 432. | Oren B. Robinson | $19,443.30 |
| 433. | Oscar Ferenczi, Inc. | $7,875.00 |
| 434. | P . Kay Carl | $6,495.00 |
| 435. | Pablo F. Escobar | $3,000.00 |

| | | |
|---|---|---|
| 436. | Patricia A. Bock | $3,000.00 |
| 437. | Patricia A. Trombley Robert D. Trombley | $1,500.00 |
| 438. | Patricia A. Winget | $1,000.00 |
| 439. | Patricia E. Mann, Gordon R. Mann | $6,004.78 |
| 440. | Patricia Reno-Davis | $3,950.00 |
| 441. | Patricia W. Portela | $4,487.00 |
| 442. | Patrick J. Butcher | $4,595.00 |
| 443. | Paul Schafer | $7,900.00 |
| 444. | Payzone Oil & Gas Company | $1,939.00 |
| 445. | Peggy Branford | $500.00 |
| 446. | Peggy L. Menzie | $4,875.00 |
| 447. | Peggy Moser | $1,500.00 |
| 448. | Penny Madden, Walter E. Madden | $63,882.00 |
| 449. | Peter Holst | $7,025.00 |
| 450. | Peter J. Altman Pauline C. Altman | $7,485.00 |
| 451. | Philip A. Grosnick, Deborah H. Grosnick | $1,300.00 |
| 452. | Phillip Gaito | $23,645.00 |
| 453. | Prudence A. Wiggins | $13,086.00 |
| 454. | R &M Contract Management LLC, Carmin a QUI | $8,006.75 |
| 455. | R. Shirlene Hoffman | $7,120.00 |
| 456. | Ralph E. Hutto | $7,350.00 |
| 457. | Ralph R. Vinyard | $4,245.00 |
| 458. | Ramiro Aza | $2,897.00 |

| | | |
|---|---|---|
| 459. | Raymond Robert Pollock, Dorothy Pollock | $18,962.44 |
| 460. | Renan Guillen | $2,200.00 |
| 461. | Renee S. Hartz | $14,665.00 |
| 462. | Richard  W. James | $1,650.00 |
| 463. | Richard A. Rappleya | $12,744.00 |
| 464. | Richard and Sandra O'Key | $12,908.44 |
| 465. | Richard Autorina | $1,000.00 |
| 466. | Richard G. Kordenbrock, Sandra Kordenbrock | $15,875.00 |
| 467. | Richard Garland | $4,250.00 |
| 468. | Richard K. Spurling | $18,540.00 |
| 469. | Richard L. Behm | $13,857.00 |
| 470. | Richard N. Boldy | $3,000.00 |
| 471. | Richard Norfleet, Dorothy A. Norfleet | $61,630.00 |
| 472. | Richard R. Deas | $5,785.00 |
| 473. | Richard Steitz | $13,425.00 |
| 474. | Richmond Johnson, Sandra Johnson | $14,250.00 |
| 475. | Rob Rappaport | $900.00 |
| 476. | Robert A. Lamb, Patricia A. Lamb | $11,150.00 |
| 477. | Robert A. Schisler | $8,632.00 |
| 478. | Robert and Elain Dolan | $2,195.00 |
| 479. | Robert B Sprouse, Rassy A. Sprouse | $3,100.00 |
| 480. | Robert F. Lanoue | $13,325.00 |
| 481. | Robert J. and Elaine M, Dolan | $15,480.00 |

| 482. | Robert Keith Or Mary Ann Middleton Trustees | $30,231.98 |
| 483. | Robert L. Young,  Elizabeth K. Young | $2,985.00 |
| 484. | Robert P. Bell | $15,885.00 |
| 485. | Robert Rosales | $5,813.00 |
| 486. | Robert Schafer | $37,690.00 |
| 487. | Robert Thompson | $4,450.00 |
| 488. | Robert V. Robinson | $6,840.00 |
| 489. | Robin E. Dixon | $4,500.00 |
| 490. | Robin L. Martin, Lawrence O. Martin | $3,295.00 |
| 491. | Rock Shop LLC | $985.00 |
| 492. | Roger Baertsch | $1,500.00 |
| 493. | Roger Dry, Therese Dry | $4,750.00 |
| 494. | Roland F. Freeman, Donna W. Freeman | $2,800.00 |
| 495. | Ronald A. Hawkins | $4,000.00 |
| 496. | Ronald A. McDougle | $  700.00 |
| 497. | Ronald Brown | $1,125.00 |
| 498. | Ronald E. Ellis | $2,700.00 |
| 499. | Ronald E. Hoffman | $4,384.00 |
| 500. | Ronald H. Grief, Helen J. Grief | $24,596.00 |
| 501. | Ronald J. Meyer, Marilyn D Meyer | $3,000.00 |
| 502. | Ronald M. Lewis | $2,600.00 |
| 503. | Ronald M. Roberts, Mary E. Roberts | $1,695.00 |
| 504. | Ronald M. Skaggs Wanda M. Skaggs | $3,575.00 |

| | | |
|---|---|---|
| 505. | Ronald McDougle | $27,595.00 |
| 506. | Ronald Thomas | $1,500.00 |
| 507. | Rosalyn B. Schoonmaker | $10,935.00 |
| 508. | Roya Ghadimi MD | $1,500.00 |
| 509. | Royal McGeorge, Jr., Donna M. McGeorge | $2,655.00 |
| 510. | Ruby L. Edwards | $2,500.00 |
| 511. | S A Porter, M A Porter | $1,000.00 |
| 512. | Sahambhu Dhungana | $1,234.00 |
| 513. | Sandall R. Flach, Jr. | $13,300.00 |
| 514. | Sandra L. Kordenbrock, Richard G. Kordenbrock | $1,500.00 |
| 515. | Sara Strimling De Gordon | $82,362.00 |
| 516. | Sarah Justice | $10,984.00 |
| 517. | Satellites & Services General Contractor | $800.00 |
| 518. | Sauny Mae Dills | $1,200.00 |
| 519. | Scott Bice | $1,898.00 |
| 520. | Sean Patrick Murray | $13,140.00 |
| 521. | Shamblu and Josephina Dhungana | $2,734.00 |
| 522. | Sharath S. Chandra Shobha Chanda | $8,859.50 |
| 523. | Sharla Simmers | $3,300.00 |
| 524. | Sharon Haver | $40,725.89 |
| 525. | Sheryl A. Humble | $7,950.00 |
| 526. | Shirlene R. Hoffman | $77,217.00 |
| 527. | Shirley Porter | $2,800.00 |

| | | |
|---|---|---|
| 528. | Solomon Ogieva | $500.00 |
| 529. | Sonja F. Pierre | $1,000.00 |
| 530. | Stanley or Leatrice Sandman | $14,565.00 |
| 531. | Stephen or Toni Tanner | $1,500.00 |
| 532. | Steven D. Turnipseed | $7,532.00 |
| 533. | Steven M. Childers | $1,500.00 |
| 534. | Stewart G. Roth | $1,500.00 |
| 535. | Susan C. Heidbrink | $5,875.00 |
| 536. | Susan Dillon, Michael Dillon | $5,195.00 |
| 537. | Susan J. Vardon | $1,000.00 |
| 538. | Susan K. Chandler | $12,583.00 |
| 539. | Susan K. Strasinger | $51,286.00 |
| 540. | Susan L. Minne | $16,108.42 |
| 541. | Susan R. Vardon | $12,550.00 |
| 542. | Susan Underhill | $1,800.00 |
| 543. | Suzanne M. Miller, Lee H. Miller | $17,225.00 |
| 544. | Tara Jrs. Family LLC | $750.00 |
| 545. | Terrance Macaleer | $1,950.00 |
| 546. | Terrence M. Giblin Christine J. Giblin | $1,500.00 |
| 547. | Terrence V. Lewis | $1,387.00 |
| 548. | Theodore E. Prahlow, Lynne Ann Wagner | $27,875.00 |
| 549. | Theodore M. Libby | $1,500.00 |
| 550. | Theodore Provder | $49,167.00 |

| | | |
|---|---|---|
| 551. | Theresa C. Gros Huey T. Gros | $1,250.00 |
| 552. | Theresa Hood | $1,350.00 |
| 553. | Thomas Cole Imeson, Emma Jane Imeson | $1,850.00 |
| 554. | Thomas Green | $6,362.00 |
| 555. | Thomas Keefe | $5,192.00 |
| 556. | Thomas McGarry, Karen McGarry | $17,639.00 |
| 557. | Thomas Zwolinski, Susan T. Zwolinksi | $1,539.00 |
| 558. | Timothy Clair Watts | $1,550.00 |
| 559. | Tommy Baum | $3,910.00 |
| 560. | Tommy E. Waters, Wanda C. Waters | $10,300.00 |
| 561. | Urial Aza | $1,500.00 |
| 562. | Valerie Jenkins | $10,175.00 |
| 563. | Vanessa Jenkins | $1,000.00 |
| 564. | Vanita Myles | $1,500.00 |
| 565. | Verma T. Dutton | $8,895.00 |
| 566. | Vickie Fustokjian | $750.00 |
| 567. | Victors Automotive | $5,750.00 |
| 568. | Vincent L. Mooney | $6,150.00 |
| 569. | Virginia H. Snider | $19,770.00 |
| 570. | Virginia R. Cerrilo | $2,400.00 |
| 571. | Virginia R. Nied | $6,375.89 |
| 572. | Walter G. Lloyd | $24,369.00 |
| 573. | Walter Oesch | $6,323.00 |

| 574. | Wanda M. Skaggs, Ronald M. Skaggs | $34,200.00 |
| 575. | Warren   M. Samples | $1,500.00 |
| 576. | Wayne R. Hannah | $5,850.00 |
| 577. | Wiley R. Burrus Charlene K. Macgillviary | $4,845.00 |
| 578. | William B. Conner, Rushie C. Conner | $77,111.39 |
| 579. | William E. Sproul | $8,200.00 |
| 580. | William J. Spellman, DDS | $9,979.00 |
| 581. | William L. Nolt, Kim R. Nolt | $7,800.00 |
| 582. | William Marsh, Rose Marsh | $4,804.85 |
| 583. | William P. Brousseau Jr. | $7,972.00 |
| 584. | William P. Reynolds | $2,275.00 |
| 585. | Willie Holmes, Nicole T. Holmes | $1,500.00 |
| 586. | WU Business Solutions | $15,912.00 |
| 587. | Yolanda Burnett | $750.00 |
| 588. | Zenda L. Danno, Edwin Z. Dano | $2,495.00 |

**Grand Total**                                          **$5,466,533.23**